

January 13, 2023

**VIA ECF**

Hon. Nina R. Morrison
U.S. District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201
Courtroom 6E North

  Re: *Garofalo v. City of New York*
     **22 Civ. 07620 (NRM) (VMS)**

Your Honor,

  I represent the Plaintiff/Petitioner, Joseph Garofalo, in the above-referenced matter.

  In accordance with the Court's January 11, 2023 Order, the parties' joint proposed briefing schedule for Plaintiff/Petitioner's Motion to Remand this proceeding/action to state court is as follows:

- Opposition papers will be filed/served on or before January 27, 2023;
- Reply papers will be filed/served on or before February 3, 2023.

  The Court's consideration is appreciated.

Very truly yours,

*Amy L. Bellantoni*
Amy L. Bellantoni

cc: Nicholas Ciappetta (via ECF)