

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Muriel Goode-Trufant**
*Corporation Counsel*

Nicholas R. Ciappetta
**Administrative Law and Regulatory Litigation Division**
**(212) 356-4036**
**nciappet@law.nyc.gov**

February 4, 2025

**BY ECF**
Honorable Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

    Re:  <u>Joseph Garofalo v. New York City, *et al*</u>., 22 CV 7620 (NM)(VMS)

Dear Magistrate Judge Scanlon:

    I am an attorney in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and counsel for the Defendants in the above-referenced action. This letter is being submitted jointly with Plaintiff to advise the Court that the parties do not intend to conduct expert discovery and will complete fact discovery by February 28, 2025.

    Respectfully submitted,

    /s/
    Nicholas Ciappetta
    Senior Counsel