

**Muriel Goode-Trufant**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Nicholas R. Ciappetta**
**Administrative Law and Regulatory Litigation Division**
(212) 356-4036
nciappet@law.nyc.gov

March 7, 2025

**BY ECF**
Honorable Judge Nina R. Morrison
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:   Joseph Garofalo v. New York City, *et al*., 22 CV 7620 (NM)(VMS)

Dear Judge Morrison:

        I am an attorney in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and counsel for the defendants in the above-referenced action. I write to advise the Court that the City properly served a Federal Rule of Civil Procedure 68 offer of judgment upon counsel for Plaintiff, and Plaintiff timely accepted that offer. Accordingly, Defendants will be filing the offer, notice of acceptance, plus proof of service, on the docket in accordance with Rule 68(a).

        Respectfully submitted,

        /s/
Nicholas Ciappetta
Senior Counsel