UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

JOSEPH GAROFALO,

                              PLAINTIFF,

   - against -

NEW YORK CITY, New York, and KEECHANT
SEWELL, in her official capacity,

                              DEFENDANTS.
----------------------------------------------------------------------x

**DECLARATION OF SERVICE**

22-CV-7620

      **GENAN F. ZILKHA**, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for defendants herein.

      On February 28, 2025, I served a Rule 68 Offer of Judgment upon Plaintiff by causing a copy of the same, enclosed in a properly addressed prepaid wrapper, to be deposited into the custody of the United Parcel Service (UPS) prior to the latest time designated by UPS for overnight delivery to the address set forth below, being the address designated by Plaintiff's attorney for that purpose, upon: Amy L. Bellantoni, Esq., 2 Overhill Road, Suite 400, Scarsdale, New York 10583

Dated:   New York, New York
            March 6, 2026

                                                                               /S/
                                                                         Genan F. Zilkha
                                                                         Assistant Corporation Counsel