UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSEPH GAROFALO,

                           Plaintiff,                        JUDGMENT

    v.                                                             22-Cv-7620 (NRM)(VMS)

NEW YORK CITY, New York, and
KEECHANT SEWELL, in her official capacity,

                           Defendants.
----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on March 7, 2025; and Defendants, having offered to allow entry of judgment to be taken against the City of New York and in favor of Plaintiff Joseph Garofalo in the amount of Ten Thousand and One ($10,001.00) Dollars, exclusive of attorneys' fees, expenses, and costs; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Joseph Garofalo and against the City of New York, in the amount of Ten Thousand and One ($10,001.00) Dollars, exclusive of attorneys' fees, expenses, and costs to the date of this offer in full satisfaction of all federal and state law claims or rights that plaintiff may have to damages, or 'any other form of relief, arising out of the alleged acts or omissions of defendant, or any official, employee, or agent, either past or present, of the City of New York, or any agency thereof, in connection with the facts and circumstances that are the subject of this action

       This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by defendants, the City of New York, or any official, employee, or agent of the City of New York, or any agency thereof; nor is it an admission that plaintiff has suffered any damages.

Acceptance of this offer of judgment will act to release and discharge defendants; the City of New York, its successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, from any and all claims that were or could have been alleged by plaintiff arising out of the facts and circumstances that are the subject of this action.

Acceptance of this offer of judgment also will operate to waive plaintiff's rights to any claim for interest on the amount of the judgment' Plaintiff agrees that payment of Ten Thousand and One ($10,001.00) Dollars within ninety (90) days of the date of acceptance of the offer shall be a reasonable time for such payment.

Plaintiff further agrees to hold harmless defendants and all past and present officials, employees, representatives and agents of the City of New York, or any agency thereof, regarding any past and/or future Medicare payments, presently known or unknown, made in connection with this matter.

Dated: Brooklyn, New York  
       October 27, 2025

Brenna B. Mahoney  
Clerk of Court

By:   */s/Jalitza Poveda*  
     Deputy Clerk